**ORDERED.**

**Dated: January 24, 2011**

**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

TIFFANY & BOSCO P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-03379

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br>Raoul B. Peru and Melissa A. Peru<br>Debtors. | No. 4:09-bk-01554-EWH<br><br>Chapter 13 |
| Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc.<br>Movant,<br>vs.<br><br>Raoul B. Peru and Melissa A. Peru Debtors; Dianne C. Kerns, Trustee.<br><br>Respondents. | O R D E R<br><br>(Related to Docket #36)<br><br>Hearing Date: January 18, 2011 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated July 21, 2005, and recorded in the office of the Pima County Recorder wherein Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc. is the current beneficiary and Raoul B. Peru and Melissa A. Peru have an interest in, further described as:

LEGAL DESCRIPTION ATTACHED HERETO AND MADE PART HEREOF.
INCLUDES MANUFACTURED HOUSING UNIT(S) DESCRIBED AS FOLLOWS:
MAKE: PALM HARBOR HOMES
MODEL: DVP476H2
WIDTH: 27
LENGTH: 76
SERIAL #TBD
YEAR: 2006
SAID UNIT(S) ATTACHED TO THE LAND IN A PERMANENT MANNER SO AS TO BE RENDERED AN IMMOVABLE FIXTURE AND AN INTEGRAL PART OF THE SUBJECT PROPERTY.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.